■ RMB Properties, Appellant, v American Realty Capital III, LLC, et al., Respondents. [48 NYS3d 604]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Jennifer G. Schecter, J.), entered August 31, 2016, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed for the reasons stated by Schecter, J., without costs and disbursements (2016 NY Slip Op 51874[U] [Sup Ct, NY County 2016]). Concur—Sweeny, J.P., Richter, Moskowitz, Feinman and Gische, JJ.